UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ariel Barel
114 Warbler Drive
Wayne, New Jersey 07470
(973) 460-4444 - Phone
abar4444@gmail.com

In Re:

ARIEL BAREL

Case No.    19-11416 - JKS

Chapter    7

Hearing Date: 03/19/2019 @ 10:00AM

Judge:    Hon. John K. Sherwood

**Oral Argument Requested If
Opposition Is Filed**

**NOTICE OF MOTION TO ~~REOPEN~~ Reinstate THE CHAPTER 7 CASE PURSUANT TO
SECTION 350(b) OF THE BANKRUPTCY CODE**

DAVID WOLFF, Trustee
396 ROUTE 34
MATAWAN, NJ 07747

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Ariel Barel, has filed papers with the Court and specifically a Motion to Reopen the

Chapter 7 Case. If you do not want the Court to grant Movant relief requested or if you want the

Court to consider your views on the Motion, then on or before 03/19/2019 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | | |
|---|---|---|
| Ariel Barel | DAVID WOLFF, Trustee | U.S. TRUSTEE |
| 114 Warbler Drive | 396 ROUTE 34 | US DEPT OF JUSTICE |
| Wayne, New Jersey 07470 | MATAWAN, NJ 07747 | OFFICE OF THE US TRUSTEE |
| | | ONE NEWARK CENTER STE 2100 |
| | | NEWARK, NJ 07102 |

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 03/19/2019 at 10:00 a.m. at the United States Bankruptcy Courthouse, 50 Walnut Street, 3rd Floor, Courtroom 3D, Newark, NJ 07102, before the Honorable JOHN K. SHERWOOD, presiding.

Dated: February 22, 2019

Ariel Barel
114 Warbler Drive
Wayne, New Jersey
973-460-4444
abar4444@gmail.com